UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | Cause No. | 1:18-cr-393-JMS-TAB |
| MELANIE PROFFITT, | ) ) | | - 03 |
| Defendant. | ) ) | | |

## REPORT AND RECOMMENDATION

On June 20, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on December 17, 2024. Defendant Proffitt appeared in person with her appointed counsel Joseph Cleary. The government appeared by Jayson McGrath, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Justin Meier.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Proffitt of her rights and provided her with a copy of the petition. Defendant Proffitt orally waived h    right to a preliminary hearing.

2. After being placed under oath, Defendant Proffitt admitted    violation numbers 1 and 2. [Docket No. 247.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state or local crime."** |

On December 16, 2024, Ms. Proffitt was charged with Possession of Methamphetamine, a felony, in Hancock County Superior Court 2 under cause number 30D02-2412-F6-002193. She is presently in Hancock County Jail pending her initial hearing.

According to the probable cause affidavit, on December 16, 2024, Ms. Proffitt was driving a vehicle that was pulled over by an officer with Greenfield Police Department. A male in the passenger's seat had a methamphetamine pipe in plain view, which prompted a search of the vehicle. The officer discovered a small chunks of methamphetamine on the driver's seat and on the carpet next to that seat. Furthermore, the officer located a zip style baggie containing methamphetamine in Ms. Proffitt's purse. She pleaded for the officer to give her a break because she was on federal probation and had recently relapsed. These statements were made freely and without questioning.

2   **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**

On December 16, 2024, Ms. Proffitt admitted to relapsing with methamphetamine and was in possession of methamphetamine.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 27 months' imprisonment.

5. The parties jointly recommended a sentence of incarceration of 12 months and 1 day with no supervised release to follow.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), see 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that Defendant violated the

conditions of release as set forth in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or her designee for a period of 12 months and 1 day with no supervised release to follow. The Magistrate Judge recommends placement as close to Indianapolis as possible (i.e., Greenville, Indiana or Lexington, Kentucky). The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

    The parties waived the 14-day period to object to the Report and Recommendation.

Date: 6/23/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system